IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERMAINE DRAYTON,

    Plaintiff,

v.      CIVIL ACTION NO.: CV208-091

STATE OF GEORGIA and STEPHEN
J. KELLEY, District Attorney,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff appears to contend that one of his strikes should not be counted against him because his lack of understanding of the law led him to file a 42 U.S.C. § 1983 action to inform the Court of his whereabouts after being transferred to another facility. Plaintiff's Objections are without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g). The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 29 day of October, 2008.

---

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE